IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARKUS DWAYNE FAIRLEY, #R9167                                              PETITIONER

VERSUS                                            CIVIL ACTION NO. 1:05cv478LG-RHW

RAYFORD HORTON, SR.                                                       RESPONDENT

<u>ORDER</u>

This matter is before the court on petitioner Markus Dwayne Fairley's request for habeas corpus relief pursuant to 28 U.S.C. § 2254. It is, hereby,

ORDERED that the respondent, through Jim Hood, file a responsive pleading in this cause within 20 days of the service upon the said Jim Hood of a copy of this order. Respondent shall file with his responsive pleading full and complete transcripts of all proceedings in the state court of Mississippi arising from the charges of the delivery of a controlled substance, possession of controlled substance and grand larceny against petitioner in the Circuit Court of Jackson County, Mississippi.

IT IS FURTHER ORDERED that the clerk of this court shall serve, by certified mail, a copy of the petition filed herein and of this order upon Jim Hood, Attorney General of the State of Mississippi. The clerk of this court shall also serve a copy of this order upon petitioner by mailing same to petitioner's last known address.

SO ORDERED, this the 23rd day of November, 2005.

        s/ Robert H. Walker
        UNITED STATES MAGISTRATE JUDGE